**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC. | ) | |
| And DAVID JAMES, | ) | |
| | ) | |
| Plaintiffs | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 4:14-CV-139-HLM |
| | ) | |
| | ) | |
| THE U.S. ARMY CORPS OF | ) | |
| ENGINEERS, | ) | |
| And | ) | |
| JON J. CHYTKA, in his official | ) | |
| Capacity as Commander, Mobile | ) | |
| District of the US Army Corps of | ) | |
| Engineers, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that all Plaintiffs in this action hereby appeal to the

United States Court of Appeals for the Eleventh Circuit from the Order denying

Plaintiffs' Emergency Motion for a Preliminary Injunction, entered on August 18,

2014 [Doc. 19].

JOHN R. MONROE,

____/s/ John R. Monroe_____

John R. Monroe

Attorney at Law

9640 Coleman Road

Roswell, GA 30075

Telephone: (678) 362-7650

Facsimile: (770) 552-9318

jrm@johnmonroelaw.com

Georgia Bar No. 516193

ATTORNEY FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 20, 2014, I served a copy of the foregoing via ECF upon:

Daniel Riess
Daniel.riess@usdoj.gov

<u>        /s/ John R. Monroe </u>
John R. Monroe