# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

GEORGIACARRY.ORG, INC., *et. al.*
    Appellants

v.                                                         Appeal No. 14-13739-FF

U.S. ARMY CORPS OF ENGINEERS, *et.al.*,

    Appellee

## APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.A.P. 26-1 and 11th Cir. R. 26, Appellants certify that the following is a list of trial judges, attorneys, corporations, and other persons or entities having an interest in this case:

Beranek, Lori, Esq.

Chytka, Col. Jon J.

Delery, Stuart F., Esq.

GeorgiaCarry.Org, Inc. [no stock issued and not publicly traded]

James, David

Kelleher, Diane, Esq.

Monroe, John R., Esq.

Murphy, the Hon. Harold L.

Riess, Daniel, Esq.

United States of America

Yates, Sally Qullian, Esq.

                                                         /s/ John R. Monroe

GeorgiaCarry.Org, Inc. v. U.S. Army Corps of Engineers
14-13739-FF

John R. Monroe

        Attorney for Appellants
        9640 Coleman Road
        Roswell, GA 30075
        678-362-7650

GeorgiaCarry.Org, Inc. v. U.S. Army Corps of Engineers
14-13739-FF

CERTIFICATE OF SERVICE

      I certify that I served a copy of the Certificate of Interested Persons, Appearance of Counsel Form and Civil Appeal Statement via U.S. Mail on August 21, 2014 upon:

DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530

      I further certify that I paid the $500 docket fee and $5 filing fee to the Clerk of the District Court on August 20, 2014.

        /s/ John R. Monroe
      John R. Monroe
      Attorney for Appellants
      9640 Coleman Road
      Roswell, GA 30075
      State Bar No. 516193
      678-362-7650