Rev. 2/11

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

File Stamp

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: **14-13739-FF**

| Caption: | |
|---|---|
| GeorgiaCarry.Org, Inc. | District and Division: Northern District of Georgia, Rome |
| | Name of Judge: Harold Murphy |
| | Nature of Suit: Constitutional challenge of regulation |
| v | Date Complaint Filed: 6/12/14 |
| | District Court Docket Number: 4:14-CV-139-HLM |
| | Date Notice of Appeal Filed: 8/20/14 |
| U.S. Army Corps of Engineers | ☐ Cross Appeal  ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes  ☒ No |
| | If Yes, provide |
| | (a) Caption: |
| | (b) Citation: |
| | (c) Docket Number: |

| | Attorney Name | Mailing Address | Telephone, Fax, and Email |
|---|---|---|---|
| For Appellant: | John R. Monroe | 9640 Coleman Road | 678 362 7650 |
| ☒ Plaintiff | John Monroe Law, P.C. | Roswell, GA 30075 | 770 552 9318 (fax) |
| ☐ Defendant | | | jrm@johnmonroelaw.com |
| ☐ Other (Specify) | | | |

For Appellee:
☐ Plaintiff
☐ Defendant
☐ Other (Specify)

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| (Federal Question) | Final Judgment, 28 USC 1291 | Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| Diversity | | Default Judgment | |
| US Plaintiff | (Interlocutory Order, 28 USC 1292(a)(1)) | Summary Judgment | Amount Sought by Defendant: $_____ |
| (US Defendant) | Interlocutory Order Certified, 28 USC 1292(b) | Judgment/Bench Trial | Awarded: $_____ |
| | | Judgment/Jury Verdict | to _____ |
| | Interlocutory Order, Qualified Immunity | Judgment/Directed Verdict/NOV | Injunctions: |
| | | | ☐ TRO |
| | Final Agency Action (Review) | (Injunction) | ☒ Preliminary  ☐ Granted |
| | 54(b) | Other _____ | ☐ Permanent  ☒ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☒ Yes  ☐ No
What is the issue you claim is one of First Impression?  Does Second Amendment apply to Corps property?

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☐ Yes  ☒ No

  If Yes, provide
  (a) Case Name/Statute
  (b) Citation
  (c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
  (a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☒ No
  (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☒ Yes  ☐ No

  If Yes, provide
  (a) Case Name             Morris v. U.S. Army Corps of Engineers
  (b) Citation              Not reported
  (c) Docket Number if unreported  13-CV-336
  (d) Court or Agency       U.S. District Court for the District of Idaho

(4) Will this appeal involve a conflict of law
  (a) Within the Eleventh Circuit?  ☐ Yes  ☒ No
  (b) Among circuits?  ☒ Yes  ☐ No

  If Yes, explain briefly:
  The District Court in Idaho granted a substantially similar preliminary injunction to the one requested and denied in the present case.

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

  Is the Second Amendment burdened by a total ban on carrying firearms on Corps property in case of confrontation?

  If so, what is the appropriate standard of review for such a ban?

  Is a violation of a Second Amendment right irreparable harm per se?

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _22_ DAY OF _August_,

John R. Monroe
NAME OF COUNSEL (Print)                        SIGNATURE OF COUNSEL

*Please ATTACH portion of district court, tax court, or agency record described in 11th Cir. R. 33-1(b): (a) judgments and orders appealed from or sought to be reviewed; (b) any supporting opinion, findings of fact, and conclusions of law filed by the court or the agency, board, commission, or officer; (c) any report and recommendation adopted by an order; (d) findings and conclusions of an administrative law judge when appealing a court order reviewing an agency determination; (e) any agency docket sheet or record index.*