# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-1, Appellees, U.S. Army Corps of Engineers and Jon Chytka, in his official capacity, certify that the following individuals and entities have an interest in this case:

Anderson, Melissa, Bureau of Alcohol, Tobacco, Firearms & Explosives

Beranek, Lori, United States Department of Justice

Brinkmann, Beth S., United States Department of Justice

Chytka, Col. Jon J., U.S. Army Corps of Engineers

Delery, Stuart F., United States Department of Justice

GeorgiaCarry.Org, Inc. [no stock issued and not publicly traded]

James, David

Kelleher, Diane, United States Department of Justice

Monroe, John R.,

Murphy, the Hon. Harold L.

Raab, Michael S., United States Department of Justice

Riess, Daniel, United States Department of Justice

United States of America

Wright, Abby C., United States Department of Justice

Yates, Sally Quillian, United States Department of Justice

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                                s/ Abby C. Wright
                                                Abby C. Wright
                                                Counsel for Appellees