# JOHN R. MONROE
# ATTORNEY AT LAW

May 19, 2015

Mr. John Ley
Clerk of Court of Appeals					Via ECF


RE:	GeorgiaCarry.Org, Inc. v. U.S. Army Corps. Of Engineers
	Case No. 14-13739

Dear Mr. Ley:

Pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure, I am writing to advise the Court of pertinent additional authority relating to the point raised on pages 21-22 of Appellants' opening brief. On May 18, 2015, the U.S. District Court for the District of Columbia entered a preliminary injunction against the District of Columbia in *Wrenn v. District of Columbia,* No. 1:15-cv-162-FJS (Doc. 13 in PACER). The Court adopted the reasoning of the *Peruta* decision cited in Appellants' opening brief and found that a "good cause" requirement in order to obtain a license to carry a firearm is likely unconstitutional. The requirement is too broad in that it does not attempt to distinguish between those likely to misuse a handgun and those that are not. Likewise, in the present case, the Corps' total ban on carrying loaded firearms on Corps property is overbroad because it does not attempt to distinguish law abiding from criminal. A copy of the *Wrenn* decision is attached for the Court's convenience.

Sincerely,


John R. Monroe

CC: Atty. Abby C. Wright (via email and ECF)

9640 Coleman Road			Roswell, Georgia 30075
678 362 7650							jrm@johnmonroelaw.com
				770 552 9318 (fax)