

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W., Rm. 7252
Washington, D.C. 20530-0001

MBS:ACWright

Abby C. Wright
Abby.Wright@usdoj.gov

Tel: (202) 514-0664
Fax: (202) 514-8151

May 20, 2015

VIA CM/ECF

John Ley, Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Re: *GeorgiaCarry.Org v. U.S. Army Corps of Engineers*, No. 14-13739 (oral argument held on March 19 before Judges Marcus, Rosenbaum, and Ginsburg, by designation)

Dear Mr. Ley,

Pursuant to Fed. R. App. P. 28(j), the U.S. Army Corps of Engineers responds to plaintiff's letter of May 19, 2015, attaching a district court decision from the District of Columbia that relied on the Ninth Circuit's decision in *Peruta v. Cnty. Of San Diego*, 742 F.3 d1144, 1168 (9th Cir. 2014). As explained in the government's brief (Br. 21-22), *Peruta* has no bearing on this case; for the same reasons, neither does the district court decision attached to plaintiff's letter. In any event, the Ninth Circuit has since granted rehearing en banc and vacated the panel decision in *Peruta*. 781 F.3d 1106 (9th Cir. 2015).

Sincerely,

*s/ Abby C. Wright*
Abby C. Wright
Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

s/ *Abby C. Wright*
Abby C. Wright