# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 14-13739
_____

District Court Docket No.
4:14-cv-00139-HLM

GEORGIACARRY.ORG, INC.,
DAVID JAMES,

                              Plaintiffs - Appellants,

versus

THE U.S. ARMY CORPS OF ENGINEERS,
JON CHYTKA,
in his official Capacity as Commander,
Mobile District of the US Army Corps of Engineers,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Georgia
_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 09, 2015
For the Court: Douglas J. Mincher, Clerk of Court
By: Djuanna Clark

**ISSUED AS MANDATE 08/03/2015**